BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> FEDERICO MORA, <br>     Defendant. | CASE NO. 16-MJ-70333 MAG <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND STATUS CONFERENCE, EXTENDING TIME UNDER RULE 5.1, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The United States of America, through Lloyd Farnham, Assistant United States Attorney, and the defendant, Federico Mora, through his counsel, hereby stipulate to a continuance of the preliminary hearing or arraignment date in this case from April 20, 2016 to May 18, 2016 at 9:30 a.m. before the Duty Magistrate. The defendant agrees that good cause exists to extend the time limits of Rule 5.1(c) to May 18, 2016. The parties also agree that time is appropriately excluded under 18 U.S.C. § 3161, the Speedy Trial Act, between April 20, 2016 and May 18, 2016.

    The parties agree that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, to extend the time for the preliminary hearing to May 18, 2016. The parties seek additional time to permit the defendant's counsel to review discovery materials provided in

1  the case, and for the parties to discuss a potential resolution.

2      The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act
3  between April 20, 2016 and May 18, 2016 for purposes of the effective preparation of counsel, and to
4  permit counsel to conduct an investigation and consult with the defendant.  In addition, the defendant
5  agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties
6  also agree that the ends of justice served by granting such a continuance outweigh the best interests of
7  the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8                                      Respectfully submitted,

9                                      BRIAN J. STRETCH
                                    United States Attorney

11  Dated: April 6, 2016                   /s/
12                                      LLOYD FARNHAM
                                    Assistant United States Attorney

14  Dated:  April 6, 2016                   /s/
                                    ANGELA HANSEN
15                                      Attorney for FEDERICO MORA

**[~~PROPOSED~~] ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for extending time under Rule 5.1 for a preliminary hearing to May 18, 2016.  The Court further finds that good cause exists for a continuance of the preliminary hearing date to May 18, 2016.  The Court finds that failing to exclude the time between April 20, 2016 and May 18, 2016 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by excluding the time between April 20, 2016 and May 18, 2016 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that:

(1)     The preliminary hearing or arraignment date are continued to May 18, 2016, at 9:30 a.m. before the Duty Magistrate; and

(2)     Good cause exists to extend the time for the preliminary hearing under Rule 5.1 to May 18, 2016; and

(3)     The time between April 20, 2016 and May 18, 2016 shall be excluded from computation of any time limits under the Speedy Trial Act.

DATED: 4/8/16

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge